■ CARL R. GIGLIO et al., Respondents, v ST. JOSEPH INTER-COMMUNITY HOSPITAL et al., Respondents-Appellants. CIMINELLI-COWPER CO., INC., Third-Party Plaintiff-Respondent, v C.I.R. ELECTRICAL CONSTRUCTION CORP., Third-Party Defendant-Appellant. [769 NYS2d 775]—Motions for reargument granted and, upon reargument, the last paragraph of the memorandum-order entered October 2, 2003 (309 AD2d 1266) is amended by deleting the penultimate sentence. Present—Wisner, J.P., Hurlbutt, Kehoe and Lawton, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v THANG THANH NGUYEN, Appellant. [769 NYS2d 776]—Motions for reargument granted and, upon reargument, the last paragraph of the memorandum-order entered October 2, 2003 (309 AD2d 1269) is amended by adding the following sentences before the last sentence: "We note that the sentence imposed on count six runs concurrently with the sentences imposed on counts seven and eight and the sentences imposed on counts seven and eight run consecutively to the sentences imposed on counts two, four and five. Thus, defendant's aggregate sentence is unaffected (*see People v Jeanty,* 268 AD2d 675, 680 [2000], *lv denied* 94 NY2d 949 [2000])." Present—Green, J.P., Pine, Wisner and Hayes, JJ.

■ In the Matter of SALLIE A. DIAMOND, an Attorney, Resignor. [769 NYS2d 779]—Voluntary resignation accepted and name removed from the roll of attorneys (*see Matter of Manown,* 240 AD2d 83 [1998]). Present—Green, J.P., Wisner, Scudder, Gorski and Lawton, JJ.